DONALD F. ZIMMER (State Bar No. 112279)
BRENDA N. BUONAIUTO (State Bar No. 173919)
KENDRA L. PAVKOVIC (State Bar No. 256729)
KING & SPALDING LLP
101 Second Street
Suite 2300
San Francisco, CA 94105
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

Attorneys for Defendant
GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE
BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

| | |
|---|---|
| THOMAS KARSTEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, a Pennsylvania corporation; GLAXOSMITHKLINE PLC, an English Public Limited Company; GLAXO WELLCOME UK LTD., UXBRIDGE, MIDDLESEX, UK; and GLAXOSMITHKLINE UK LIMITED BRENTFORD, MIDDLESEX, UK,<br><br>    Defendants. | Case No. 1:09-CV-01725-OWW-GSA<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Courtroom:  3 (7th Floor)<br>Judge:      Honorable Oliver W. Wanger<br><br>Complaint Filed: October 1, 2009 |

WHEREAS, the parties stipulated to an initial extension of time for Defendant to respond to Plaintiff's complaint pending the determination of the transfer of this matter to the multi-district litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D. Pa.);

///

///

1

STIPULATION EXTENDING DEFENDANT'S TIME
IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT                    CASE NO. 1:09-cv-01725-OWW-GSA

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Judicial Panel on Multi-District Litigation conditionally transferred this matter to MDL 1871 on December 4, 2009.  This order is expected to become final after expiration of the 14-day imposed by the Court's conditional transfer order;

WHEREAS, the parties need additional time in order to finalize the transfer of this matter to the multi-district litigation;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their undersigned counsel, that the time within which defendant GLAXOSMITHKLINE LLC, formerly known as SMITHKLINE BEECHAM CORPORATION ("GSK") may move, answer, or otherwise respond to Plaintiff's Complaint is hereby extended to December 31, 2009.  It is further agreed, by and between the undersigned, that defendants GlaxoSmithKline plc, Glaxo Wellcome UK Ltd., and GlaxoSmithKline UK Limited, have not yet been served with process according to the California Rules of Court and the Federal Rules of Civil Procedure and, therefore, are not subject to a deadline to respond to Plaintiff's Complaint.

To the extent that it would ever be adjudicated or determined that defendants GlaxoSmithKline plc, Glaxo Wellcome UK Ltd., and GlaxoSmithKline UK Limited were subject to such deadline, the undersigned agree and stipulate that the time within which GlaxoSmithKline plc, Glaxo Wellcome UK Ltd., and GlaxoSmithKline UK Limited, without appearing and without waiving any defenses to service, jurisdiction, venue or any other available defenses under Rule 12 of the Federal Rules of Civil Procedure, may move, plead, or otherwise respond to Plaintiff's Complaint is hereby extended pending transfer of this matter to the multidistrict litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871 (E.D. Pa.), and shall be governed by the Case Management Orders entered

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

in MDL 1871 by the Honorable Cynthia M. Rufe of the United States District Court for the Eastern District of Pennsylvania.

Dated: December 11, 2009                    KING & SPALDING LLP

By: /s/ Kendra L. Pavkovic
DONALD F. ZIMMER, JR.
BRENDA N. BUONAIUTO
KENDRA L. PAVKOVIC
Attorneys for Defendants GLAXOSMITHKLINE LLC (formerly known as SMITHKLINE BEECHAM CORPORATION)

Dated: December 11, 2009                    MAGWOOD LAW FIRM

By: /s/Andrew Magwood (as authorized on 12-11-09)
Andrew A. Magwood
Attorney for Plaintiff
THOMAS KARSTEN

PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.

Dated: December 11, 2009                    /s/ OLIVER W. WANGER
United States District Court Judge

3

STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME
IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com