A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 12-23-09

ATTEST: K__ K__ Deputy Clerk
DEPUTY CLERK, UNITED STATES
EASTERN DISTRICT OF CALIFORNIA

A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Dec 22, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 04, 2009

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

1:09-CV-1725

**IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

MDL No. 1871

(SEE ATTACHED SCHEDULE)

**FILED**
DEC 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**CONDITIONAL TRANSFER ORDER (CTO-48)**

On October 16, 2007, the Panel transferred two civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1339 (J.P.M.L. 2007). Since that time, 547 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Cynthia M. Rufe.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Rufe.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of October 16, 2007, and, with the consent of that court, assigned to the Honorable Cynthia M. Rufe.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

**Dec 22, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AVANDIA MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                    MDL No. 1871

## SCHEDULE CTO-48 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ARKANSAS WESTERN**
   ARW 4 09-4125          Kenneth L. Bryan v. GlaxoSmithKline PLC

**CALIFORNIA EASTERN**
   CAE 1 09-1725          Thomas Karsten v. SmithKline Beecham Corp., et al.

**FLORIDA MIDDLE**
   FLM 6 09-1840          Glenn Giles v. SmithKline Beecham Corp.
   FLM 6 09-1841          Joseph Briscoe v. SmithKline Beecham Corp.
   FLM 6 09-1842          Shirley R. Brown v. SmithKline Beecham Corp.
   FLM 8 09-2214          Thomas A. Cahill, III v. SmithKline Beecham Corp.
   FLM 8 09-2215          Linda L. Jarvis v. SmithKline Beecham Corp.

**INDIANA NORTHERN**
   INN 2 09-357           Shelia Latta v. SmithKline Beecham Corp.

**TEXAS NORTHERN**
   TXN 3 09-2185          Cleo Winebrimmer, et al. v. GlaxoSmithKline Corp., et al.

**WISCONSIN EASTERN**
   WIE 2 09-1029          Eileen Stoecker v. SmithKline Beecham Corp., et al.